IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02622-MJW

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA,

    Plaintiff,

v.

THERESA DAURY, MARY K. MYERS, HAYLEY M.
MYERS, SAGE LINN NEWKIRK, AND ETHAN MYERS,

    Defendants.

---

**ORDER GRANTING MOTION TO STAY DEADLINES OTHER THAN THE
RESPONSES TO THE COMPLAINT IN INTERPLEADER**
(Docket no. 23)

---

THIS MATTER, having come before the Court on Plaintiff The Guardian Life Insurance Company of America's ("The Guardian") Motion to Stay Deadlines Other Than the Responses to the Complaint in Interpleader ("Motion"), and the Court, having reviewed the file and otherwise being duly advised in the premises, hereby

GRANTS the Motion. The Deadlines contained in the Amended Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Consent/Non-Consent Form (Dkt. #11) and in the Court's December 18, 2015 Minute Order (Dkt. #13) are stayed pending the Court's consideration of The Guardian's request for relief as stated in its Complaint in Interpleader (Dkt. #1); and

FURTHER ORDERS, the Scheduling Conference previously scheduled to take place on February 8, 2016 at 3:00 p.m. (Dkt. # 13) is ~~VACATED~~. Converted to status conference. All parties shall be present at the status conference.

1-20-16
MJW

DATED: January 20th, 2016.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. Magistrate Judge
District of Colorado